IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TRANSPORT TRUCK & TRAILER, INC., an Idaho Corporation; TRANSPORT EQUIPMENT LEASING, LLC, an Idaho Limited Liability Company,<br><br>      Plaintiffs,<br><br>v.<br><br>FREIGHTLINER LLC, a Foreign Limited Liability Company;<br><br>      Defendant. | Case No. CV-06-282-S-BLW<br><br>**JUDGMENT** |

In accordance with the Memorandum Decision filed with this Judgment,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the motion for summary judgment (Docket No. 103) is GRANTED and the amended motion for summary judgment (Docket No. 139) is DEEMED MOOT.

**Judgment - 1**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the Clerk of Court shall close this case.



DATED: **September 10, 2008**

B. LYNN WINMILL
Chief Judge
United States District Court

**Judgment - 2**